UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EARTHWISE TECHNOLOGIES, INC.., and BRUCE SEARLE,<br><br>        Plaintiffs,<br>  v.<br><br>SUAREZ CORPORATION INDUSTRIES,<br><br>        Defendant. | CASE NO.C07-5577RJB<br>       C07-2020RJB (consolidated)<br><br>ORDER DENYING DEFAULT |
| SUAREZ CORPORATION INDUSTRIES and MHE CORPORATION,<br><br>        Plaintiffs,<br>  v.<br>EARTHWISE TECHNOLOGIES, INC., EARTHWISE INNOVATIONS, INC., and BRUCE R. SEARLE, individually,<br><br>        Defendants. | |

The Motion for Default, Dkt #34 in cause number C07-5577RJB, has been considered together with the files and records in the case and is **DENIED** as to the named defendants)for the following reason:

(√ ) An Answer or responsive pleading has been filed by the defendants.

( ) The United States has 60 days in which to answer the summons pursuant ro FRCP 12(a)(3). According to the returns, in the file, the summons were issued on___ and executed by certified mail ____;

( ) Service of the summons and complaint has not been filed as to Defendant(s) in accordance with Fed.R.Civ.P. 4(e)(2);

( ) There is no proof that the plaintiff has served this motion for default on defense counsel.

DATED:  March 13th, 2008

                                        BRUCE RIFKIN, Clerk

                                        By:  /s/Dara L. Kaleel, Deputy Clerk

Minute Order -1